**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LUCILLE OLIVIERI, | : | |
|    Plaintiff, | : | |
| | : | CIVIL ACTION |
|        v. | : | |
| | : | NO. 09-1240 |
| COUNTY OF BUCKS, et al., | : | |
|    Defendants. | : | |

## ORDER

**AND NOW**, this _15th___ day of August 2011, for the reasons explained in the accompanying memorandum, it is **ORDERED** that:

- Plaintiff's Motion for Partial Summary Judgment (ECF No. 57) is **DENIED**.

- Defendants County of Bucks and Audrey Kenny's Motion for Summary Judgment (ECF No. 58) is **GRANTED**.  Count I is dismissed only as to the County of Bucks and Counts II, III, and IV are dismissed in their entirety.

- Defendant David Neil, Jr.'s Motion for Summary Judgment (ECF No. 75) is **DENIED**.

It is further **ORDERED** that:

- Plaintiff's Motion for Leave to File five previously-filed surreply memoranda (ECF No. 85) is **DENIED** as moot.

- Defendants County of Bucks and Audrey Kenny' Motion for Leave to File a Brief in Reply to Plaintiff's Fourth Surreply Memorandum (ECF No. 84) is **DENIED** as moot.

- Plaintiff's Motions in Limine (ECF Nos. 56, 71) are **DENIED** as moot as to the County of Bucks and Audrey Kenny, and without prejudice for Plaintiff to raise those arguments as to David Neil, Jr. at the Final Pretrial Conference.

A scheduling order will follow setting a date for trial in this action on the only remaining claim (Count I) against the only remaining defendant (David Neil, Jr.).

                                      s/Anita B.Brody
                              _____
                                      ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                  Copies **MAILED** on _____ to: